[No. 4100–1.   Division One.   May 23, 1977.]

DAVID J. O'CONNOR, *Respondent,* v. HONDA MOTOR CO., LTD., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 746117, Janice Niemi, J., entered July 31, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3749–1.   Division One.   May 23, 1977.]

L. L. MILLS, ET AL, *Respondents,* v. JAMES D. STRAUSS, ET AL, *Defendants,* THOMAS E. WHITE ENTERPRISES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 111940, Thomas G. McCrea, J., entered March 26, 1975. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Andersen, A.C.J., and Callow, J.

[No. 2082–3.   Division Three.   May 25, 1977.]

RAYMOND M. BATTEN, JR., *Appellant,* v. JIM R. WAYMIRE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 231888, William H. Williams, J., entered July 29, 1976. *Affirmed* by unpublished per curiam opinion.